IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WILL H. QUICK,<br><br>              Defendant. | 4:14-CR-3084<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 54). On February 5, 2015, the Court entered a Preliminary Order of Forfeiture (filing 44) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to violating 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the indictment (filing 1). By way of the Preliminary Order of Forfeiture, the defendant forfeited to the United States his interest in the following properties:

    a.    iOmega 2TB external hard drive/silver sn#NVA0420BAB
    b.    iOmega 1TB external hard drive/silver sn#MAA0203087
    c.    Black Toshiba 2TB external hard drive sn#5P0KDUNW
    d.    Black Emachine desktop computer ET1331G-05W sn#PTNBA020024121A4FA2700
    e.    Silver Dell XPS desktop computer service tag #HB4ZGF1
    f    Vizio television/monitor model #VW32L sn#LSPATBH4027943
    g.    Samsung television model #PN58C680G5F sn#Z2IN3CKZ900089P

Filing 1.

      As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 8, 2015, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 53) was filed on April 9, 2015. The Court has been advised by the

plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 54) is granted.

2. All right, title, and interest in and to the properties described above, held by any person or entity, are hereby forever barred and foreclosed.

3. The properties described above are forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the properties described above in accordance with law.

Dated this 9th day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge

2